United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JEROME LEWIS LEITA, | § § § § § § § § § | |
| Petitioner, | | |
| VS. | | CIVIL ACTION NO. 6:21-CV-00059 |
| BOBBY LUMPKIN, | | |
| Respondent. | | |

**OPINION AND ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner requests appointment of counsel (D.E. 14). There is no constitutional right to counsel in federal *habeas* proceedings. *Johnson v. Hargett*, 978 F.2d 855 (5th Cir. 1992). Rule 8 of the Rules Governing § 2254 Cases requires that counsel be appointed if the *habeas* petition raises issues which mandate an evidentiary hearing, as an answer has not yet been filed by Respondent. At this point, there are no issues which mandate an evidentiary hearing.

Accordingly, petitioner's motion for appointment of counsel (D.E. 14) is **DENIED** without prejudice.

ORDERED on February 17, 2022.

_____
Julie K. Hampton
United States Magistrate Judge